**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

FERNANDO JIMENEZ,

                  Plaintiff,                  ORDER

      -against-                          19 Civ. 8602 (GBD)

ALBERT IBRAGIMOV and DOUBLE EXPRESS, LLC,

                  Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The May 5, 2020 status conference is adjourned to July 7, 2020 at 9:45 a.m.

Dated: New York, New York          SO ORDERED.
       April 21, 2020

                                                GEORGE B. DANIELS
                                                United States District Judge