UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

FERNANDO JIMENEZ,

                             Plaintiff,

            -against-

ALBERT IBRAGIMOV and DOUBLE EXPRESS, LLC,

                            Defendants.

------------------------------------------------------------- x

ORDER

19 Civ. 8602 (GBD)

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED; DOC #: ___; DATE FILED: JUN 30 2020]*

GEORGE B. DANIELS, United States District Judge:

    The conferences scheduled for July 7, 2020 and July 14, 2020, respectively, are canceled.

A status conference is scheduled for November 10, 2020 at 9:45 a.m.

Dated: New York, New York
       June 30, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge